JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

YANHONG LIU,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

No. 5:26-cv-05311-BFM

**JUDGMENT**

On September 17, 2026, the Court issued an order granting the petition and ordered Petitioner Yanhong Liu (A# 236-311-381) immediately released on reasonable conditions. (ECF 15 at 5.) Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 18 at 2-3.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 23, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE